___ FILED     ___ RECEIVED
___ ENTERED   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

APR 3 0 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:06-mj-795- |
| Plaintiff, | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| vs. | |
| DANIEL IZQUIERDO, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:06-mj-795 on Daniel Izquierdo and requests to quash any associated warrant.

DATED this  29th  day of April, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Rachel Kent

RACHEL KENT
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this  30  day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

1